IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE COMMITTE,

    Plaintiff,

    v.

MILLER NASH GRAHAM & DUNN, LLP, and P.K. Runkles-Pearson,

    Defendants.

Civ. No. 3:18-cv-01013-AA

JUDGMENT

This action is DISMISSED.

DATED: 2/1/2021

    Mary L. Moran, Clerk

    By    /s/ Cathy Kramer
           Deputy Clerk

1 – JUDGMENT